

AO 93 (Rev. 12/09) Search and Seizure Warrant (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of ) 
*(Briefly describe the property to be searched* ) 
*or identify the person by name and address)* ) Case No. **16-1431M**
Information associated with the account identified as )
ginacue@yahoo.com that is stored at premises )
controlled by Yahoo! Inc., 701 First Ave., )
Sunnyvale, CA 94089 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Central___ District of ___California___ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before ___14 days from the date of its issuance___
(not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
*(name)*

IT IS FURTHER ORDERED that the Provider named in Attachment A shall comply with the further orders set forth in Attachment B, and shall not notify any person, including the subscriber(s) of each account identified in Attachment A, of the existence of the warrant.

Date and time issued: 12:55 pm 7/14/16    _____
                                          Judge's signature

City and state: Los Angeles, California    Gail J. Standish, U.S. Magistrate Judge
                                          *Printed name and title*

AUSA: Amanda M. Bettinelli, x0470

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2016501879 | Date and time warrant executed: | Copy of warrant ~~and inventory~~ left with: YAHOO! - CUSTODIAN OF RECORDS |
| Inventory made in the presence of: ADAM DIEHL, SA / STEPHANIE JOHNSON, SA - USFWS | | |

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

ONE (1) USB FLASH DRIVE CONTAINING: (PROPERTY SEIZED)
- ONE (1) USER PROFILE, AS PRODUCED BY THE YAHOO ACCOUNT MANAGEMENT TOOL
- DATES, TIMES, AND INTERNET PROTOCOL ADDRESSES FOR LOGINS
- MESSENGER FRIENDS LIST, AS PRODUCED BY THE YAHOO ACCOUNT MANAGEMENT TOOL
- SNAPSHOT OF THE EMAIL ACCOUNT CONTENTS MAINTAINED IN THE ACCOUNT
- SNAPSHOT OF THE MESSENGER ACCOUNT CONTENTS MAINTAINED IN THE ACCOUNT, AND.
- ADDRESS BOOK CONTENTS.

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 10/20/16

_Executing officer's signature_

Stephanie Johnson, Special Agent
_Printed name and title_